IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:17CR 413-1 |
| | : | |
| SHANNON DEWAYNE PATTERSON | : | |

The United States Attorney Charges:

1.    At all times relevant to this Information:

a.    SHANNON DEWAYNE PATTERSON was a resident of Winston-Salem, North Carolina.

b.    From in or about January 2015, continuing up to and including in or about May 2015, the exact dates unknown, SHANNON DEWAYNE PATTERSON co-owned and operated a tax return preparation business named "Fast Tax of Salisbury" in the city of Salisbury, in the County of Rowan, in the Middle District of North Carolina.

c.    The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for administering the federal tax laws of the United States, and collecting taxes owed to the United States.

2.    On or about January 21, 2015, in the County of Rowan, in the Middle District of North Carolina, and elsewhere, SHANNON DEWAYNE

PATTERSON did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the IRS, of a U.S. Individual Income Tax Return, Form 1040, for calendar year 2014. The return was false and fraudulent as to one or more material matters, in that it represented that K.M. was entitled under the provisions of the Internal Revenue laws to claim business income on Line 12 of Schedule C in the amount of $8,000, and to claim a tax refund in the amount of $3,671 on Line 76a of Form 1040.

All in violation of Title 26, United States Code, Section 7206(2).

DATED: November 7, 2017

SANDRA J. HAIRSTON
Acting United States Attorney

BY:   ROBERT J. BOUDREAU
Trial Attorney
U.S. Department Of Justice

BY:   CLIFTON T. BARRETT
Assistant United States Attorney

2